**Form 213**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Carmen Y. Hall**
**dba Starter Blessings Day Care**
  Debtor(s)

Bankruptcy Case No.: 15–20493–GLT
Related to Docket No. 44
Chapter: 13
Docket No.: 45 – 44
Concil. Conf.: January 4, 2018 at 10:00 AM

## ORDER

**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

**IT IS HEREBY ORDERED** that, on or before **December 4, 2017,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

**IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

On or before **December 18, 2017,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

On **January 4, 2018** at **10:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: October 19, 2017

cm: All Creditors and Parties In Interest

Gregory L. Taddonio, Judge
United States Bankruptcy Court

Case 15-20493-GLT    Doc 46    Filed 10/21/17    Entered 10/22/17 00:47:30    Desc Imaged
Certificate of Notice    Page 2 of 5

**INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT**

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

Ronda J. Winnecour, Trustee
P.O. Box 84051
Chicago, IL 60689–4002

```
                           United States Bankruptcy Court
                           Western District of Pennsylvania
In re:                                                             Case No. 15-20493-GLT
Carmen Y. Hall                                                     Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0315-2          User: jhel                Page 1 of 2              Date Rcvd: Oct 19, 2017
                              Form ID: 213              Total Noticed: 24


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 21, 2017.
db             +Carmen Y. Hall,    2235 Manor Avenue,    Pittsburgh, PA 15218-2133
cr             +Peoples Natural Gas Company, LLC,    Attn: Dawn Lindner,    375 North Shore Drive, Suite 600,
                 Pittsburgh, PA 15212-5866
14032094       +Borough of Swissvale,    c/o Goehring Rutter & Boehm,    437 Grant Street, 14th Floor,
                 Pittsburgh, PA 15219-6101
13996708        Borough of Swissvale Garbage Fee,    c/o Jordan Tax Service Inc.,    102 Rahway Road,
                 Canonsburg, PA 15317-3349
13996709       +Bridgeway Capital, Inc.,    Loan Administrator,   707 Grant Street,    Suite 1920,
                 Pittsburgh, PA 15219-1945
13996711        Comcast,    P.O. Box 719,    Toledo, OH 43697-0719
14078136       +Dominion Retail, Inc.,    d/b/a Dominion Energy Solutions,    501 Martindale St., Suite 400,
                 Pittsburgh, PA 15212-5844
13996716       +Nationstar Mortgage LLC,    c/o KML Law Group P.C.,    Suite 5000, BNY Mellon Independence Cntr,
                 701 Market Street,    Philadelphia, PA 19106-1538
13996717        Pennsylvania Dept. of Revenue,    Bureau of Individual Taxes,    P.O. Box 280432,
                 Harrisburg, PA 17128-0432
13996718        Peoples Gas Company,    P.O. Box 644760,    Pittsburgh, PA 15264-4760
14005911       +Peoples Natural Gas,    North Shore Riverfront Park,    375 N Shore Dr #600,
                 Pittsburgh, PA 15212-5866
14005912        Peter J. Ashcroft,    Suite 2200,   Gulf Tower 707 Grant Street,    Pittsburgh, PA 15219
14005913       +UPMC Presbyterian Shadyside,    P.O. Box 382059,   Pittsburgh, PA 15250-0001
13996720        Verizon Wireless,    c/o The CBE Group Inc.,   P.O. Box 2635,    Waterloo, IA 50704-2635

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Oct 20 2017 01:28:30
                 Capital One Auto Finance c/o Ascension Capital Gro,    P.O. Box 201347,
                 Arlington, TX 76006-1347
14035314        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 20 2017 01:28:34
                 American InfoSource LP as agent for,    Verizon,   PO Box 248838,
                 Oklahoma City, OK   73124-8838
13996710        E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Oct 20 2017 01:28:54
                 Capital One Auto Finance,    P.O. Box 260848,    Plano, TX 75026-0848
14008376       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Oct 20 2017 01:28:52
                 Capital One Auto Finance,   c/o Ascension Capital Gr,    P.O. Box 201347,
                 Arlington, TX 76006-1347
14067425       +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Oct 20 2017 01:27:04        Duquesne Light Company,
                 c/o Peter J. Ashcroft,,   Bernstein-Burkley, P.C.,,    707 Grant St., Suite 2200, Gulf Tower,,
                 Pittsburgh, PA 15219-1945
13996712       +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Oct 20 2017 01:27:04        Duquesne Light Company,
                 411 Seventh Avenue,    Pittsburgh, PA 15219-1942
13996714        E-mail/Text: cio.bncmail@irs.gov Oct 20 2017 01:26:10       Internal Revenue Service,
                 P.O. Box 7346,   Philadelphia, PA 19101-7346
14076411        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 20 2017 01:29:01
                 Portfolio Recovery Associates, LLC,    POB 12914,   Norfolk VA 23541
14006851        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 20 2017 01:26:23
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg PA 17128-0946
14012957       +E-mail/Text: bncmail@w-legal.com Oct 20 2017 01:26:34        The Bank of New York Mellon,
                 C/O Weinstein & Riley, P.S.,    2001 Western Avenue, Ste. 400,    Seattle, WA 98121-3132
                                                                                              TOTAL: 10

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Borough of Swissvale
cr              Duquesne Light Company
cr              The Bank of New York Mellon
14005899*       Borough of Swissvale Garbage Fee,    c/o Jordan Tax Service Inc.,    102 Rahway Road,
                 Canonsburg, PA 15317-3349
14005900*      +Bridgeway Capital, Inc.,    Loan Administrator,   707 Grant Street,    Suite 1920,
                 Pittsburgh, PA 15219-1945
14005901*       Capital One Auto Finance,    P.O. Box 260848,    Plano, TX 75026-0848
14005902*       Comcast,    P.O. Box 719,    Toledo, OH 43697-0719
13996713*      +Duquesne Light Company,    411 Seventh Avenue,    Pittsburgh, PA 15219-1942
14005903*      +Duquesne Light Company,    411 Seventh Avenue,    Pittsburgh, PA 15219-1942
14005904*      +Duquesne Light Company,    411 Seventh Avenue,    Pittsburgh, PA 15219-1942
13996715*      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
               (address filed with court: Internal Revenue Service,    c/o Edward Laubach, Esquire,
                 Room 806 Federal Building,    1000 Liberty Avenue,   Pittsburgh, PA 15222)
14005906*      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
               (address filed with court: Internal Revenue Service,    c/o Edward Laubach, Esquire,
                 Room 806 Federal Building,    1000 Liberty Avenue,   Pittsburgh, PA 15222)
14005905*       Internal Revenue Service,    P.O. Box 7346,   Philadelphia, PA 19101-7346
```

```
District/off: 0315-2         User: jhel              Page 2 of 2             Date Rcvd: Oct 19, 2017
                             Form ID: 213            Total Noticed: 24

             ***** BYPASSED RECIPIENTS (continued) *****
14005907*        +Nationstar Mortgage LLC,    c/o KML Law Group P.C.,    Suite 5000, BNY Mellon Independence Cntr,
                   701 Market Street,    Philadelphia, PA 19106-1538
14005908*         Pennsylvania Dept. of Revenue,    Bureau of Individual Taxes,    P.O. Box 280432,
                   Harrisburg, PA 17128-0432
13996719*         Peoples Gas Company,    P.O. Box 644760,    Pittsburgh, PA 15264-4760
14005909*         Peoples Gas Company,    P.O. Box 644760,    Pittsburgh, PA 15264-4760
14005910*         Peoples Gas Company,    P.O. Box 644760,    Pittsburgh, PA 15264-4760
14005914*         Verizon Wireless,    c/o The CBE Group Inc.,    P.O. Box 2635,    Waterloo, IA 50704-2635
                                                                                         TOTALS: 3, * 16, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 21, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 19, 2017 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    The Bank of New York Mellon bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Borough of Swissvale jhunt@grblaw.com,
               cnoroski@grblaw.com
              Joshua I. Goldman    on behalf of Creditor    The Bank of New York Mellon bkgroup@kmllawgroup.com
              Karina Velter    on behalf of Creditor    The Bank of New York Mellon amps@manleydeas.com
              Kenneth Steidl    on behalf of Debtor Carmen Y. Hall julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
               nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-st
               einberg.com;r53037@no
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                                 TOTAL: 9
```