**Form 309**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Carmen Y. Hall** : | Case No. 15−20493−GLT |
| **dba Starter Blessings Day Care** : | Chapter: 13 |
| *Debtor(s)* : | |
| : | |
| : | |
| : | Related to Docket No. 44 |
| : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND
## TERMINATING WAGE ATTACHMENT

   *AND NOW,* this ***The 18th of December, 2017,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

   (1)   The above−captioned case is ***DISMISSED, without prejudice***. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

   (2)   Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

   (3)   The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

   (4)   The Clerk shall give notice to all creditors of this dismissal.

_____
Gregory L. Taddonio, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                               Case No. 15-20493-GLT
Carmen Y. Hall                                                       Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: dbas              Page 1 of 2          Date Rcvd: Dec 18, 2017
                            Form ID: 309            Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 20, 2017.
```
db         +Carmen Y. Hall,   2235 Manor Avenue,   Pittsburgh, PA 15218-2133
cr         +Peoples Natural Gas Company, LLC,   Attn: Dawn Lindner,   375 North Shore Drive, Suite 600,
             Pittsburgh, PA 15212-5866
14032094   +Borough of Swissvale,   c/o Goehring Rutter & Boehm,   437 Grant Street, 14th Floor,
             Pittsburgh, PA 15219-6101
13996708    Borough of Swissvale Garbage Fee,   c/o Jordan Tax Service Inc.,   102 Rahway Road,
             Canonsburg, PA 15317-3349
13996709   +Bridgeway Capital, Inc.,   Loan Administrator,   707 Grant Street,   Suite 1920,
             Pittsburgh, PA 15219-1945
13996711    Comcast,   P.O. Box 719,   Toledo, OH 43697-0719
14078136   +Dominion Retail, Inc.,   d/b/a Dominion Energy Solutions,   501 Martindale St., Suite 400,
             Pittsburgh, PA 15212-5844
13996716   +Nationstar Mortgage LLC,   c/o KML Law Group P.C.,   Suite 5000, BNY Mellon Independence Cntr,
             701 Market Street,   Philadelphia, PA 19106-1538
13996717    Pennsylvania Dept. of Revenue,   Bureau of Individual Taxes,   P.O. Box 280432,
             Harrisburg, PA 17128-0432
13996718    Peoples Gas Company,   P.O. Box 644760,   Pittsburgh, PA 15264-4760
14005911   +Peoples Natural Gas,   North Shore Riverfront Park,   375 N Shore Dr #600,
             Pittsburgh, PA 15212-5866
14005912    Peter J. Ashcroft,   Suite 2200,   Gulf Tower 707 Grant Street,   Pittsburgh, PA 15219
14005913   +UPMC Presbyterian Shadyside,   P.O. Box 382059,   Pittsburgh, PA 15250-0001
13996720    Verizon Wireless,   c/o The CBE Group Inc.,   P.O. Box 2635,   Waterloo, IA 50704-2635
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr         +EDI: AISACG.COM Dec 19 2017 01:23:00    Capital One Auto Finance c/o Ascension Capital Gro,
             P.O. Box 201347,   Arlington, TX 76006-1347
14035314    EDI: AIS.COM Dec 19 2017 01:23:00    American InfoSource LP as agent for,   Verizon,
             PO Box 248838,   Oklahoma City, OK 73124-8838
13996710    EDI: CAPONEAUTO.COM Dec 19 2017 01:23:00    Capital One Auto Finance,   P.O. Box 260848,
             Plano, TX 75026-0848
14008376   +EDI: AISACG.COM Dec 19 2017 01:23:00    Capital One Auto Finance, c/o Ascension Capital Gr,
             P.O. Box 201347,   Arlington, TX 76006-1347
14067425   +E-mail/Text: kburkley@bernsteinlaw.com Dec 19 2017 01:23:55    Duquesne Light Company,
             c/o Peter J. Ashcroft,,   Bernstein-Burkley, P.C.,,   707 Grant St., Suite 2200, Gulf Tower,,
             Pittsburgh, PA 15219-1945
13996712   +E-mail/Text: kburkley@bernsteinlaw.com Dec 19 2017 01:23:55    Duquesne Light Company,
             411 Seventh Avenue,   Pittsburgh, PA 15219-1942
13996714    EDI: IRS.COM Dec 19 2017 01:23:00    Internal Revenue Service,   P.O. Box 7346,
             Philadelphia, PA 19101-7346
14076411    EDI: PRA.COM Dec 19 2017 01:23:00    Portfolio Recovery Associates, LLC,   POB 12914,
             Norfolk VA 23541
14006851    E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 19 2017 01:23:09
             Pennsylvania Department of Revenue,   Bankruptcy Division PO Box 280946,
             Harrisburg PA 17128-0946
14012957   +E-mail/Text: bncmail@w-legal.com Dec 19 2017 01:23:32    The Bank of New York Mellon,
             C/O Weinstein & Riley, P.S.,   2001 Western Avenue, Ste. 400,   Seattle, WA 98121-3132
                                                                                              TOTAL: 10
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr          Borough of Swissvale
cr          Duquesne Light Company
cr          The Bank of New York Mellon
14005899*   Borough of Swissvale Garbage Fee,   c/o Jordan Tax Service Inc.,   102 Rahway Road,
             Canonsburg, PA 15317-3349
14005900*  +Bridgeway Capital, Inc.,   Loan Administrator,   707 Grant Street,   Suite 1920,
             Pittsburgh, PA 15219-1945
14005901*   Capital One Auto Finance,   P.O. Box 260848,   Plano, TX 75026-0848
14005902*   Comcast,   P.O. Box 719,   Toledo, OH 43697-0719
13996713*  +Duquesne Light Company,   411 Seventh Avenue,   Pittsburgh, PA 15219-1942
14005903*  +Duquesne Light Company,   411 Seventh Avenue,   Pittsburgh, PA 15219-1942
14005904*  +Duquesne Light Company,   411 Seventh Avenue,   Pittsburgh, PA 15219-1942
13996715*  ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
             PHILADELPHIA PA 19101-7346
             (address filed with court: Internal Revenue Service,   c/o Edward Laubach, Esquire,
             Room 806 Federal Building,   1000 Liberty Avenue,   Pittsburgh, PA 15222)
14005906*  ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
             PHILADELPHIA PA 19101-7346
             (address filed with court: Internal Revenue Service,   c/o Edward Laubach, Esquire,
             Room 806 Federal Building,   1000 Liberty Avenue,   Pittsburgh, PA 15222)
14005905*   Internal Revenue Service,   P.O. Box 7346,   Philadelphia, PA 19101-7346
14005907*  +Nationstar Mortgage LLC,   c/o KML Law Group P.C.,   Suite 5000, BNY Mellon Independence Cntr,
             701 Market Street,   Philadelphia, PA 19106-1538
14005908*   Pennsylvania Dept. of Revenue,   Bureau of Individual Taxes,   P.O. Box 280432,
             Harrisburg, PA 17128-0432
```

```
District/off: 0315-2          User: dbas              Page 2 of 2              Date Rcvd: Dec 18, 2017
                              Form ID: 309            Total Noticed: 24

         ***** BYPASSED RECIPIENTS (continued) *****
13996719*         Peoples Gas Company,    P.O. Box 644760,    Pittsburgh, PA 15264-4760
14005909*         Peoples Gas Company,    P.O. Box 644760,    Pittsburgh, PA 15264-4760
14005910*         Peoples Gas Company,    P.O. Box 644760,    Pittsburgh, PA 15264-4760
14005914*         Verizon Wireless,    c/o The CBE Group Inc.,    P.O. Box 2635,    Waterloo, IA 50704-2635
                                                                                 TOTALS: 3, * 16, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 20, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 18, 2017 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    The Bank of New York Mellon bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Borough of Swissvale jhunt@grblaw.com,
               cnoroski@grblaw.com
              Joshua I. Goldman    on behalf of Creditor    The Bank of New York Mellon bkgroup@kmllawgroup.com
              Karina Velter    on behalf of Creditor    The Bank of New York Mellon amps@manleydeas.com
              Kenneth Steidl    on behalf of Debtor Carmen Y. Hall julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
               nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-st
               einberg.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                              TOTAL: 9
```