**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | |
|---|---|
| CARMEN Y. HALL | Case No.:15-20493 GLT |
| Debtor(s) | |
| Ronda J. Winnecour | Document No.: |
| Movant | |
| vs. | |
| No Repondents. | |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 02/18/2015 and confirmed on 05/18/2015. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 31,142.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 31,142.00 |
| | | |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 2,241.79 | |
|    Trustee Fee | 1,237.25 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 3,479.04 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| BANK OF NEW YORK MELLON - TRUSTEE | 0.00 | 18,004.84 | 0.00 | 18,004.84 |
|    Acct: 3355 | | | | |
| BANK OF NEW YORK MELLON - TRUSTEE | 4,314.79 | 0.00 | 0.00 | 0.00 |
|    Acct: XXXXXXXXXX2/15 | | | | |
| SWISSVALE BOROUGH (REFUSE) | 300.00 | 0.00 | 0.00 | 0.00 |
|    Acct: XXXXXXXXXXXXXXXX2014 | | | | |
| BRIDGEWAY CAPITAL INC | 3,177.17 | 0.00 | 0.00 | 0.00 |
|    Acct: 1012 | | | | |
| PA DEPARTMENT OF REVENUE* | 11.82 | 0.00 | 0.00 | 0.00 |
|    Acct: 5801 | | | | |
| SWISSVALE BOROUGH (REFUSE) | 180.99 | 0.00 | 0.00 | 0.00 |
|    Acct: XXXXXXXXXXXXXXXXXXXXXXXX INT | | | | |
| CAPITAL ONE AUTO FINANCE | 18,396.81 | 6,906.82 | 2,751.30 | 9,658.12 |
|    Acct: 4071 | | | | |
| | | | | 27,662.96 |
| **Priority** | | | | |
| KENNETH STEIDL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: | | | | |

| 15-20493 GLT | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 2 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Priority | | | | |
|   CARMEN Y. HALL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 2,500.00 | 2,241.79 | 0.00 | 0.00 |
|     Acct: | | | | |
|   INTERNAL REVENUE SERVICE* | 2,246.73 | 0.00 | 0.00 | 0.00 |
|     Acct: 5801 | | | | |
|   PA DEPARTMENT OF REVENUE* | 946.07 | 0.00 | 0.00 | 0.00 |
|     Acct: 5801 | | | | |
| | ***NONE*** | | | |
| Unsecured | | | | |
|   DUQUESNE LIGHT COMPANY* | 778.57 | 0.00 | 0.00 | 0.00 |
|     Acct: 5801 | | | | |
|   DUQUESNE LIGHT COMPANY* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0000 | | | | |
|   COMCAST*++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6158 | | | | |
|   DOMINION RETAIL INC* | 721.37 | 0.00 | 0.00 | 0.00 |
|     Acct: 4137 | | | | |
|   PEOPLES NATURAL GAS CO LLC* | 900.85 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXX4285 | | | | |
|   UPMC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5044 | | | | |
|   CBE GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
|   PA DEPARTMENT OF REVENUE* | 88.60 | 0.00 | 0.00 | 0.00 |
|     Acct: 5801 | | | | |
|   INTERNAL REVENUE SERVICE* | 139.05 | 0.00 | 0.00 | 0.00 |
|     Acct: 5801 | | | | |
|   AMERICAN INFOSOURCE LP AGENT FOR \ | 610.42 | 0.00 | 0.00 | 0.00 |
|     Acct: 0001 | | | | |
|   AMERICAN INFOSOURCE LP AGENT FOR \ | 187.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8555 | | | | |
|   AMERICAN INFOSOURCE LP AGENT FOR \ | 256.89 | 0.00 | 0.00 | 0.00 |
|     Acct: 0001 | | | | |
|   PRA/PORTFOLIO RECOVERY ASSOC | 640.19 | 0.00 | 0.00 | 0.00 |
|     Acct: 2874 | | | | |
| | ***NONE*** | | | |

TOTAL PAID TO CREDITORS    27,662.96

TOTAL CLAIMED
PRIORITY           3,192.80
SECURED           26,381.58
UNSECURED          4,322.94

Date: 01/17/2018                                                /s/ Ronda J. Winnecour
                                                                RONDA J WINNECOUR PA ID #30399
                                                                CHAPTER 13 TRUSTEE WD PA
                                                                600 GRANT STREET
                                                                SUITE 3250 US STEEL TWR
                                                                PITTSBURGH, PA  15219
                                                                (412) 471-5566
                                                                cmecf@chapter13trusteewdpa.com